John Metsker, Esq. SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROSALES,<br><br>              Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>              Defendant. | No. 5:21-cv-00735-MAA<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U. S. C. § 1920** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND FOUR HUNDRED SEVENTY-FOUR DOLLARS AND EIGHTY ONE CENTS ($1,474.81) and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00).

DATE: 10/25/2021

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE